

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-12-00108-CV

**IN THE INTEREST OF M.G.N.** and A.C.N., Minor Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the appellant's motion for en banc reconsideration on remand, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court